# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA STEWART and NICHOLAS A. STEWART,<br><br>Defendants. | Civil Action No. 5:19-CV-419<br><br><br>**CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT NICHOLAS A. STEWART** |

It appearing that Defendant, Nicholas A. Stewart, was duly served with a Summons and Complaint, and has failed to answer or otherwise defend the claims, as set out in the Plaintiff's Request for Entry of Default filed herein on November 15, 2019, DEFAULT is hereby entered against said Defendant, Nicholas A. Stewart..

THIS ____11____ day of December, 2019.

_____
Peter A. Moore, Jr.
Clerk of Court