UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA STEWART and NICHOLAS A. STEWART,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:19-CV-419-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on January 25, 2020 the court GRANTED default judgment against Defendant Nicholas A. Stewart.

IT IS FURTHER ORDERED AND DECREED that the Death Benefits that were placed in the Court Registry in this case be released to Jessica Stewart, mother of the deceased, M.S, a minor under a group life insurance policy issued by Prudential to the Department of Veterans Affairs of the United States, pursuant to the Servicemembers' Group Life Insurance statute, under Group Policy Number G-32000.

**This Judgment Filed and Entered on November 9, 2020, and Copies To:**

| | |
|---|---|
| Benjamin L. Worley | (via CM/ECF electronic notification) |
| Jessica Stewart | (Sent to 1136 Patrick Drive Fayetteville, NC 28314 via US Mail) |

DATE:

November 9, 2020

PETER A. MOORE, JR., CLERK

(By) /s/ Nicole Sellers

Deputy Clerk